UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.   )<br>  )<br>(1) JASIEL F. CORREIA, II, and   )<br>(2) GENOVEVA ANDRADE,   )<br>  )<br>Defendants )  | Criminal No. 18-10364-DPW |

GOVERNMENT'S PROPOSED WITNESS LIST

Pursuant to the Court's October 16, 2020 Order, ECF Dkt. No. 136, the United States of America hereby submits the list of witnesses it presently intends to call in its case-in-chief with respect to Counts 14-26. The government is mindful of the logistical challenges posed by the pandemic, and is thus making every effort to streamline the presentation of this matter at trial. Among other things, the government is in the process of conferring with defense counsel regarding possible stipulations that would, if agreed upon, eliminate the need for several of the below witnesses. Should the government subsequently decide to call additional witnesses in its case-in-chief, it will promptly notify the Court and defense counsel.

1. Brian Bairos
2. Louis Bettencourt
3. David Brayton
4. Hildegar Camara
5. Cannabis Control Commission Representative (to explain licensing process)
6. Oteniel Correia
7. Antonio Costa
8. Nikki Custadio
9. FBI Cell Phone Extraction Witness
10. Christopher Harkins
11. David Hebert
12. Keeper of the Records – various cellular phone companies
13. Keeper of the Records – various banks or financial institutions
14. Michael Khoury

15. Sandra Lemanski, Special Agent, IRS-CID
16. Joseph Macy
17. Pauline Nguyen
18. Dina Pichette
19. Matthew Pichette
20. Charles Saliby
21. Sami Saliby
22. Edward Silva
23. Maria Soares
24. Jessica Thompson, Assistant Special Agent in Charge, HUD-OIG

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed under seal will be sent electronically to defense counsel.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date:  October 23, 2020