UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  ) <br>v.                                                           )<br>  )<br>(1) JASIEL F. CORREIA, II, and   )<br>(2) GENOVEVA ANDRADE,           )<br>  )<br>Defendants                        ) | Criminal No.  18-10364-DPW |

GOVERNMENT'S RESPONSE TO COURT ORDER

Pursuant to the Court's October 16, 2020 Order, ECF Dkt. No. 136, the United States of America, by and through the undersigned Assistant United States Attorney, hereby provides the Court with a list of the stipulations (described in general terms) that it has proposed to defense counsel.  Counsel for Correia has indicated that he will agree to the below-described stipulations; counsel for Andrade, however, has not responded to the government's request for his position on these proposed stipulations.  As such, the government provides herein only a general description of the stipulations it has proposed to the defense, not actual draft stipulations.  If both defendants agree to these stipulations, the government will promptly file draft stipulations for the Court's consideration.

1. To avoid calling keepers of the records with respect to various phone records, the government has proposed a stipulation regarding the accuracy/authenticity as to the phone records and phone records summaries it will introduce at trial.

2. To avoid calling keepers of the records with respect to various bank and financial records, the government has proposed a stipulation regarding the accuracy/authenticity as to the bank/financial records and bank record summaries it will introduce at trial.

3. To avoid calling law enforcement witnesses to describe the cell phone extraction process, the government has proposed a stipulation regarding the accuracy/authenticity as to the cell phone extraction records it will introduce at trial.

4. To avoid calling a witness from HUD regarding the federal funding requirement for Counts Twenty-Four and Twenty-Five, the government has proposed a stipulation that the city of Fall River received millions of dollars in HUD funding during the relevant time periods.

5. To avoid calling a witness who was present at defendant Andrade's December 2018 proffer, the government has proposed a stipulation that the false statements charged in Count 26 were, in fact, made in the presence of federal agents.

6. Should the defense elect not to stipulate, the government may also seek judicial notice of the fact that, on or about August 23, 2019, defendant Correia vetoed an ordinance that would have capped the number of recreational marijuana licenses in Fall River at 11.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date:  October 25, 2020