UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>(2) GENOVEVA ANDRADE,    )<br>)<br>Defendant   ) | Criminal No.  18-10364-DPW |

## JOINT MOTION FOR RULE 11 HEARING

By and through undersigned counsel, the United States and defendant Andrade jointly move the Court to schedule this matter for a Rule 11 hearing as soon as practicable.

                                                                                       Respectfully submitted,

| | | | |
|---|---|---|---|
| GENOVEVA ANDRADE<br>Defendant | | | ANDREW E. LELLING<br>United States Attorney |
| By: | */s/ Charles Rankin, Esq.*<br>Charles Rankin<br>Counsel for Defendant Andrade | By: | */s/ Zachary Hafer*<br>ZACHARY R. HAFER<br>Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

| | |
|---|---|
| Date:  December 7, 2020 | */s/ Zachary R. Hafer*<br>Zachary R. Hafer |