**List of Exhibits**

1.    8-22-2002 *The Fall River Herald News* article about Genoveva Andrade as Hometown Hero

2.    11-2-2001 Certificate of Achievement from Greater New Bedford Health and Human Services Coalition and Partners for a Healthier Commuity

3.    Joao Dacosta

4.    Thomas Pasternak

5.    Nichole Fontaine

6.    Sophia R. Hunt

7.    Rui M. Lima

8.    Alan Silvia

9.    Mark L. Levin

10.   Lucia R. Dias

11.   Jacqueline Andrade

12.   Alexandria Andrade

13.   Monica Sousa

14.   Tabitha Moura

15.   Katie McAveety

16.   Abel D. Rego

17.   Escolastica Moniz

18.   Matthew Magnell

19.   Stephen Moniz

20.   Sara Pereira

21.   Frank P. Baptista

22.    Maria Fatima Rego

23.    Megan Oliveira

24.    David Rocha

25.    Diane Tabicas

26.    Jeffrey Marques

27.    Joseph Afonso

28.    Grace Cardoso

29.    Tania Melendez

30.    Alfredo M. Franco

31.    Cathy Botelho

32.    Stacy Jacob

33.    Francisco J. Cabral



# COMMUNITY CI

*The Herald News*

02   Thursday, August 22, 2002

## PYCO

## Andrade named Hometown Hero

FALL RIVER — The Fall River Five Cents Savings Bank and WSAR-AM have named Genoveva "Geni" Andrade as its most recent Hometown Hero.

Andrade was recognized at a reception hosted by the Portuguese Youth Cultural Organization. William R. Eccles Jr., senior vice president of Fall River Five Cents Savings Bank, presented Andrade with the Hometown Hero award.

Andrade began volunteering at PYCO at age 13, working with the needy, especially of those with limited English-speaking ability. Her volunteer efforts during annual toy drives and the yearly food drives which feed thousands at Thanksgiving, Christmas and Easter are well known. Additionally, she is on the PYCO Visitation Program board addressing issues that relate to abused children.

In the spirit of a true volunteer, Andrade also gives of her time at the Bristol County House of Correction, assisting social workers and support staff in efforts to place inmates. She also assists the Immigration and Naturalization Service, providing support and kindness to girls who are going through the deportation process; and Andrade lends a hand as a volunteer for Red Cross blood drives.

Genoveva "Geni" Andrade, right center, receives the Hometown Hero award from Fall River Five Cents Savings Bank and WSAR-AM. From left are radio personality and columnist Frank P. Baptista, who nominated Andrade for the award; Alan Sylvia, executive director of the Portuguese Youth Cultural Organization; and William R. Eccles Jr., senior vice present of Fall River Five Cents Savings Bank.

GRAYS G MILL

## 17TH ANNUAL FALL RIVER GREAT FEAST OF THE HOLY GHOST

Exhibit 1



Exhibit 2

MAY 27, 2021

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA   02210

Honorable Judge Woodlock

I am a 72 year old former Employee with the Commonwealth of Massachusetts. I worked 38 years as a Social Worker/Counselor with the Mass. Commission for the Blind. I am a Lion and former Board Member of Community Organizations including Legal Services in Southeastern Mass.

During my work I met Genovera Andrade in several Fund raisers and activities when she did her volunteer work raising funds for Soupkitchens an general Fundraisers generally Thanksgiving and Christmas.

She also volunteered with assistance to Immigrants and youngters with problems generally involving youngsters with drug issues.

Genovera always fought for the poor, the underdog and those 'voiceless' human beings and families who could not advocate for themselves.

Genovera is a very caring person. She is a daughter, sister friend. Genovera has a heart of gold and always Cared for others." I am happy to call her "my friend"!

Thanking you, I remain.

Joaohopesdaluto
JOAO L. DA COSTA, LCSW
WASHINGTON AVE
TIVERTON RI
02878

Exhibit 3



Walsh Pharmacy of Rock Street, Inc.
202 Rock Street
Fall River, MA 02720-3212
Tel. 508-679-1300   Cell 508-837-1373
Email: walshrph@aol.com

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

June 3, 2021

Dear Judge Woodlock:

My name is Thomas Pasternak RPh. I would like to start off with little background on myself, I was born and brought up in Fall River. I graduated from Massachusetts College of Pharmacy in 1968. Since 1970, when I bought into Walsh Pharmacy, I have dedicated my career to helping the less fortunate. That decision has led me to win countless awards, including many humanitarian awards at both the local, state level, and nationally. Before the opioid crisis became known, I was serving as voluntary Chairman of a coalition called B.O.L.D. (Building Our Lives Drug Free). I held this position for over 10 years sometimes donating over 10 hours per week. My reason for telling you this is because I hope it speaks to my credibility.

My concern today is helping Gen Andrade. I am hoping what I am about to write, will give you reason to consider no jail time for her. A person like myself cannot help people who are less fortunate without the help of others, Gen Andrade is one of the people who have helped me in my endeavor over the years. Gen has a remarkably similar mindset to me. From meeting with her and a less fortunate person, I believe she gets this quality from her mother, who I have known for many years. I have been fortunate enough to see this quality passed onto Gen and her daughters.

One of my accomplishments is that I am currently the President of the Board of Directors of Steppingstone Inc. Our mission at Steppingstone is to help the less fortunate, serving substance abuse patients and the homeless. Not an easy task but we do wonders. I can recall many instances where Gen, or her sisters, would run into a homeless person and speak either to their mother or myself, to help these individuals receive the help they desperately need. Compassion is a taught

Exhibit 4

feeling, and Gen has been taught well to use her compassion to help those in need. I believe we need compassionate people like Gen to help the City of Fall River to heal. Currently we have an administration that has the perfect sentiment and position to help Fall River through the healing process. It is my firm belief that jail time for Gen, would only prolong our city's healing.

I am a much better one on one person, not a letter writer. I would prefer the opportunity to speak with you in person and answer any questions you have or to address the court. I have no experience in his field, but I am willing to do what is needed because I believe in Gen.

Respectfully yours:


Thomas Pasternak R.Ph
Walsh Pharmacy of Rock st, Inc
202 Rock St
Fall River, Ma 02720
508679-1300
Email: walshrph@aol.com
Cell 508-837-1373

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210


Dear Judge Woodlock,

My name is Nichole Fontaine, and I am currently the Homeless/Substance Use Disorder Advocate for the city of Fall River. I work out of both government center and the police station. I am a co-creator of the city's post-overdose program, Project Reconnect, which was established in late 2016. I first met Gen Andrade during the conception of our volunteer program, which she supported whole-heartedly. If it was not for Gen's support and compassion for those suffering with an addiction, Project Reconnect might not have been formed successfully. Project Reconnect has now helped thousands of people who have overdosed, as well as their families.

Shortly thereafter, Gen contacted me to help her family. Someone she loves deeply was suffering from a Substance Use Disorder. I listened to Gen for over an hour as she broke down describing the toll that her loved one's addiction has had on her and her entire family. Later that day I met Gen at her family's house, and I listened as each person sobbed uncontrollably, and pleaded with their loved one to seek help. After several hours, they finally agreed to go in-patient. Unfortunately, they left almost immediately after arriving. I continued working with them for the next 2 years, eventually petitioning the courts for a Section 35.

Due to the intense nature of this situation, it allowed me to develop a close relationship with Gen over the years. I have gotten to see the kind-hearted, giving, and supportive person that she is. The love that Gen has for her family is beyond words, but Gen's family has also leaned on her for strength throughout the entirety of these difficult times. Gen maintained a smile at work and held her composure well, but I know that inside Gen was suffering. As their addiction has dragged out for well over a decade, it has been left to Gen to pick up the pieces and make all of the difficult decisions.

Despite what Gen was facing in her personal life, she never once ignored my phone call or denied resources and assistance to others who were struggling. She attended several Fall River Opioid Task Force meetings and continued to advocate to help make this city a better place. I will be forever grateful to Gen for her support and advocacy, for her fight against stigma, and for the compassion and tenacity she exhibited in stranger's times of need.

Although we do not work together anymore, we have remained in contact. Gen has learned some very tough lessons from her mistakes, but she has become a better person because of them. As a person in long-term recovery, I understand more than most the personal growth that can come from situations like these, and Gen has learned, grown, and changed for the better over these last two years.


Sincerely,

Nichole Fontaine


Exhibit 5

## Charles Rankin

**From:**     GENOVEVA ANDRADE <gandrade0501@aol.com>
**Sent:**     Tuesday, June 1, 2021 7:16 AM
**To:**       Charles Rankin
**Subject:**  Gen andrade

Dear Honorable Douglas P. Woodlock,

My name is Sophia R. Hunt I am the President of The Cambodian Community of Fall River, MA. I have been living in The U.S. since 1986 when my family was sponsored here and have been living mainly in Fall River MA where I reside. Gen and I have been friends since 1988. We met as youths doing volunteer work for The Portuguese Community at an agency called P.Y.C.O. We have been friends ever since even after losing contact when the agency shut down. My kids and I still volunteer for the City and have previous Mayors for recognition while helping the community. By doing so, I met Gen once more while volunteering for a fundraiser.

I've known Gen for many years, she always works hard and is like a Super Wonder Woman. She is a woman with a big heart, that I know is true. She loves to help others in need of assistance and will go out of her way to help them. She's not just a beautiful woman on the outside but has a beautiful soul as well. She also has a wonderful heart that is kind to everyone around her. I believe that Gen and I have the same type of heart, we never stop trying to help people and the community to make a difference.

Sincerely,

Sophia R. Hunt

Sent from my iPhone

Exhibit 6

1



**THE COMMONWEALTH OF MASSACHUSETTS**
OFFICE OF THE

**BRISTOL COUNTY SHERIFF**

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, MA 02747

TEL (508) 995-6400
FAX (508) 995-3326

OMAS M. HODGSON
SHERIFF

May 20, 2021

The honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Rui M. Lima and I am the Director of Substance Abuse and Social Services at Bristol County Sheriff Office (BCSO). I live in Fall River, Massachusetts since 1987 and work at BCSO since 2001. I have known Mrs. Genoveva Andrade and her family for more than 30 years. I first met Gen at the Portuguese organization PYCO where she volunteered to help with the distribution of clothes and food to the people less privileged in our community. Gen always showed genuine care and tried to help whoever asked for help or was in need of help.

I had the opportunity to witnessed Mrs. Andrade's professionalism, empathy and knowledge to work with highly resistant population when she worked as a Correctional Casework at Bristol County Sheriff's Office. She assisted in the implementation of programs in the female facility, and persevered through many challenges when dealing with the inmate population, projecting integrity, consistency, compassion, determination, and enthusiasm in an effective manner.

When an employee for the Bristol County Sheriff's Office Mrs. Andrade demonstrated that she could successfully work with employees of all ranks to resolve issues in respect to social services and always supported the deliverance of rehabilitation programs.

Sincerely,

Rui M. Lima, MA, MSW, LICSW
Director of Substance Abuse & Social Services
Bristol County Sheriff's Office
Ph.: 508-995-6400 ext.2821

Exhibit 7



*The Commonwealth of Massachusetts*

**HOUSE OF REPRESENTATIVES**
**STATE HOUSE, BOSTON 02133-1020**

VICE CHAIRMAN
Public Safety and Homeland Security

Joint Committees on :
Election Laws
Revenue
Ways and Means

**ALAN SILVIA**
**STATE REPRESENTATIVE**
7th BRISTOL DISTRICT

STATE HOUSE, ROOM 167
TEL (617) 722-2230
DISTRICT: (508) 567-6474
Alan.Silvia@MAhouse.gov

May 17, 2021

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

I write this letter on behalf of Genoveva Andrade whom I have known as a friend and community advocate that I have known for more than forty years.

Prior to my ten year tenure as a member of the Massachusetts General Court, I served as a police officer in Fall River for twenty three years, nineteen years as a detective in the Major Crimes Division. In the early 1990's I served as a family and child sexual abuse investigator. While I knew of Gen and her family, it was in this position that I became familiar with Gen Andrade and her commitment to the non-English speaking immigrant community. She assisted these victims to navigate through difficult situations in their lives. She was always compassionate and respectful.

After being injured on duty I retired in 1997 and became Executive Director of the Portuguese Youth Cultural Organization, (PYCO) a non-profit serving the greater Fall River area. Gen Andrade worked and volunteered at PYCO. Our work included substance abuse treatment, education, domestic violence, batter's education and case management for non- English-speaking families. I supervised Gen Andrade who volunteered many hours without compensation. She was always compassionate, charitable and a selfless person, respected by me, staff and the many families and individuals she assisted.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Gen Andrade to be an honorable individual, a valuable member of my community, and a good human being.

Exhibit 8

Sincerely,

Alan Silvia, State Representative
7th Bristol District

LAW OFFICES
# LEVIN & LEVIN
138 ROCK STREET
P.O. BOX 2566
FALL RIVER, MA 02722

MARK L. LEVIN

TELEPHONE: 508-678-2824
FACSIMILE: 508-677-4630

Member of MA & Federal Bars

May 24, 2021
The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

I am an attorney at law in Fall River, MA and reside in Bristol County, MA. I met Genoveva Andrade as a guest to her home about a decade ago to watch a sports event on TV with her husband, Dr. Jorge Andrade, their immediate family and other friends. Subsequently, I became a frequent guest to watch other sports events at their home.

Genoveva welcomed me and other guests almost weekly and provided refreshments. The guests were of all different ethnic backgrounds and had various careers. This unique crowd ranged from physicians, lawyers, truck drivers, contractors, clerical, retired, both male and female. During my visits, I watched Genoveva focus on her two children, her mother and siblings. She was dedicated to them and would often speak to me about her family. Frequently, she would cook a meal for her friends attending the sports event and then rush to bring a meal to her mother. She drove her mother to medical appointments or grocery shopping. Genoveva often traveled with her children for their activities and later out of state for college interviews. I discovered that Genoveva was a committed community leader. Although it was purely voluntary, she often spoke passionately to her guests about needs in her community and various fund raising for public causes.

After getting to know Genoveva, my wife joined me with friends including Jorge and Genoveva Andrade for dinner. On the way home my wife remarked, how she understood why I enjoyed spending time at the Andrade's home. Genoveva was quite interested in my wife's career trajectory and made her feel confident about her life choices. I sensed that Genoveva showed a genuine interest in my wife and frequently, at other events asked me follow up questions about my wife and remembered what they had discussed.

In 2015, Genoveva organized a long weekend trip with some of her friends to celebrate her husband's 50 birthday. About 2 weeks before we were leaving, a large fire broke out on Irving

Exhibit 9

Street in Fall River, MA. A tenement was destroyed and another tenement was severely damaged. The 4-5 families who lived there lost all of their belongings and were displaced from their homes. Within a day Genoveva informed me she was leading an effort to collect clothing for adults and children and would accept donations to help these people. She set up an account for donations to be collected and disbursed to those displaced. My wife and I gathered clothing and brought that to her home. What is more remarkable about Genoveva is that on the way to the airport for our birthday celebration, she had the driver take us to a hotel in the north end of Fall River to deliver more clothing to individuals displaced from the fire. She retrieved a credit card from her husband and asked all of us to donate any spare change so the children could buy food from the hotel. We could not refuse her as she was very persuasive. When she handed the credit card to her husband with a receipt, Jorge, her husband, was shocked at the large charge. She informed him that she paid for a week's stay for a family. She retorted "Happy birthday, that is my gift to you".

At another time, Genoveva requested me to contribute to a Men Can Cook fund raising event. She decided to spearhead a group of women to support this cause to raise money for US Veterans and the Vietnam Veteran's Memorial replica. Genoveva typically out did herself. She persuaded me to solicit other friends and clients to support her venture. Her group ultimately raised quite a bit of funds and the event proved a great success for the City of Fall River. I don't want to suggest that Genoveva is angelical. She often uses colorful language especially when she watches Tom Brady fumble a football. Yet, there is something special about this woman. I know she remains devoted to her family and friends. Genoveva made her recent decision to protect her family from any further humiliation as a result of her association with the former Mayor.

Although our weekly visits to the Andrade home temporality paused due to the pandemic, Genoveva, often reaches out to me and my wife just to see how we are doing and whether we were vaccinated. She has a good heart and is well meaning. My wife and I are happy she has remained a loyal friend.

Yours,

Mark L. Levin, Esquire
Levin & Levin

Email: levin.levin2@verizon.net                    Website: levinandlevinlaw.com

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock,

Dear Honorable Judge,

My name is Lucia R. Dias, and I am Genoveva Andrade's mother. I am writing to you with a heavy heart to let you know a little about my daughter "Genny". She's the oldest of my six children. She lost her father at four years of age in a boat accident leaving me at the age of 23 with four babies all under four years of age.

Genny is the daughter that every mother will wish for, she is kind, generous and very giving. Due to living in poverty in the early 70's she started working as a paper girl having the biggest paper route in our neighborhood, just to help her siblings get some Christmas gifts. She always spent her time helping her siblings and the family. She would help me raise her siblings when I would work a lot as a young widow, and she never complained. She was happy to help, and felt responsibility as the oldest child. She continued to always be there for me throughout her life and still does today.

Genny always tried to help everyone in need. In 2002, she was recognized as a town hero due to her food fundraiser around Thanksgiving, receiving citations from various county and State authorities. Genny knows the sacrifice of not having much and she remembers not having much growing up. Because of this, she developed a lot of compassion and empathy and she finds purpose in helping the most unfortunate. She also helped different inmates when she worked at the jail. When inmates needed help getting home from the jail when they were released, I would call Genny and she would come with bus passes for the inmates so they could get home, instead of trying to go back to crime to get money for a ride. Sometimes, there would also be inmates that would be arrested in the summertime when it was warm, and then would be released in the winter. They would have no one come with clothes for them, so Genny would bring some warm clothes so they wouldn't freeze in the cold winter. She loved the inmates, and always wanted them to be their best.

In 2015, when I suffered a heart attack after working for 15 years as a Social Worker at Bristol County Sheriff's Office and she was my biggest supporter. I struggled and waited for four years for my disability from the State and she was there to help me with the mortgage, finances and everything I needed without asking for anything in return. She continued to help me through more heart attacks, and has always shown me love and compassion like she does for everyone she cares about.

Exhibit 10

Your honor after three heart attacks and six stents in my heart, I am speaking with you with honesty and respect. As the daughter of a police officer, I was always taught good values like integrity, dignity, and decency. These are values that I have always taught to my children and I know my daughter Genny has these values and that she continues to show it to others who are less fortunate like she was when she was younger. I am proud of the things she has done, and I know she will continue to help the less fortunate for the rest of her life.

I am heart-broken that she is in this situation and I ask you to have compassion towards her in this matter when you deliberate.

Sincerely,

Lucia R. Dias

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock,

My name is Jacqueline Andrade, and I am Gen/Genoveva Andrade's oldest daughter. I currently live in Potters Bar in the UK, and am in my second year of study for veterinary medicine at the Royal Veterinary College. My mom has been present throughout my, now 25 years of life, and has been one of my biggest supporters.

Many people can tell you about the type of character that my mom has displayed throughout her life. I have seen it first hand, not just in the way my mom has devoted her life to me and my sister, Alexandria, but also just to her family, friends and community. There are countless (and I truly mean this) ways my mom has shown and taught me how to help those around me, and to advocate for people who are not as fortunate in life, like she was for most of her young life. I will list some of the ones that stick out the most to me, and that stay with me in my day-to-day life as I try to also be the advocate and supporter that my mom is.

One of the ones that sticks with me the most, was when my mom agreed to take in my then best friend, S, into our home while she was a senior in high school and I was only a sophomore. S's household at the time was not ideal, her parents would fight, and because of the difficulties at home, S was not doing as well in her studies at our high school. It got to a point that S was borderline failing out, and our high school did not allow students to retake a year, so if S failed, she had confided in me that she would probably just drop out and find another way to move forward in life.

One night, when there was an argument at her house, I asked my mom if we could go pick up S, and have her spend the night. My mom of course agreed, and was happy to go pick her up with me, as I could not drive so I needed someone to help. Throughout that night, more information about S came up, and my mom took an interest in her. My mom has always valued education for me and my sister, and has always pushed us to reach our full potential, and to follow our dreams. S had her own dreams, but as she slipped in school, she felt they were getting farther away.

S's parents had been called into the school, but her mother began to take a stance that she did not care if S threw her life away, and that she didn't know what else to do for her daughter. My mom heard of this, and was deeply bothered by the fact that S was not given better advocacy,

Exhibit 11

and decided (after asking S for her permission) to begin to advocate for her with teachers and the school to give her as many opportunities as possible to graduate. With this foundation, my mom also took another drastic step to help S, she offered her to come live with us for her senior year, until she graduated, to make sure she was in a better environment to get her work done, and have a support group surrounding her. With that, my mom gladly took S under her wing, and nurtured her, gave her love, and treated her like another daughter. This went as far as giving her similar gifts that my sister and I got at Christmas, so she would feel like a member of the family, taking her to school with us (as S did not get her drivers license because she was under 18, and her parents did not give her the financial support to attend drivers ed), getting her clothes when we would go shopping together, and when S finally graduated, my mom sobbed telling S how proud she was of her. I'll never forget S going up to my mom first and hugging her, crying and thanking her because she knew without my mom, she wouldn't have done it. I truly believe that, and when S and I were close, S told me that too.

My mom never got the full education that she wanted, but she was not going to sit by while another child went through the same thing. I will never forget my mom spending hours in the high school, talking to all of S's teachers with her, in a type of parent-teacher conference fashion, and fighting for her to have the opportunity. Although I do not talk to S anymore, she has since gone on to become a pharmacist, which is what she wanted to do after she graduated high school.

The second example I'd like to share is how my mom has and continually aids my god-daughter Luciana, after her very difficult start to life. My mom has always been very maternal. Even before my sister and I were born, I have had many (again, I do mean many, we have a large extended family) cousins come to me telling stories about how my mom helped raise many of them. She has always cared about children, and when my aunt became pregnant, this new child was now one of the centers of our life as a family. My mom is the oldest of six, and at the time, she was the only one to have children. When she found out her sister was pregnant, she took the time to talk to her about it, give her information about doctors to go to, and helped prepare her for motherhood. However, I don't think any of us expected what would happen.

My beautiful god-daughter was born on 10 April 2012. Unfortunately, she was born with a bunch of medical problems stemming from the fact that she was prematurely born. My god-daughter stayed in the NICU for the first two months of her life. Almost everyday of those two months, my mom would go to the hospital with her sister and help look after the baby, again advocating for her, because my aunt would feel overwhelmed sometimes with the medical care for my god-daughter. When my god-daughter was finally able to leave the hospital, my mom went and helped her sister move the baby back home. However, after a little bit of time at home, there was a lot of medical care that my aunt could not handle alone on top of having a newborn. My mom then offered her sister to move into our home, and helped take care of the baby. From

regular newborn things like diaper changes and baths, to other more advanced medical things of getting her into a hip sling and changing/cleaning her feeding tube. My mom never complained, she was happy to help and took care of my god-daughter like it was her own daughter. Once my aunt moved out, my mom still continued to support through the younger baby years. My mom always made sure she had diapers, food, clothes that fit, etc. She also helped my aunt bring the baby to doctor after doctor, specialist after specialist, and made sure to not only help speak up for my aunt, but also for my god-daughter who would sometimes get frustrated at the doctor, and not participate in sensory tests like eye-sight tests and hearing tests.

Now, my god-daughter is 10, and her favorite person is still her "Tia Geni". Her face lights up when she sees my mom, and you can tell she understands and appreciates how much time and patience my mom has put into her life. This value of compassion to help a family member through a challenging time is another thing that has stuck with me.

The last lesson that I will mention in this letter, that my mom has shown me is community. My mom always raised me to help those who are less fortunate than us. Thankfully, I have been very fortunate and lucky in my life, but my mom never forgot her past and her struggles as a young girl. If there was anyone in need, she would also help. I remember times where these, what I thought were, random people would come up to her and would start crying, saying "Thank you" over and over again. My mom would always remember who they were and hug them, comforting them, and asking about how they were. Turns out, they were former inmates that my mom had worked with in the past, and all of them were so grateful for her. When they would walk away, my mom would always explain that she knew those people from the jail, and would give their success story. Saying that she was so happy to see them looking so happy and healthy. My mom valued helping her community, especially in the city she grew up in - Fall River. My mom always wore the fact that she grew up and was raised in Fall River as a point of pride. She loves Fall River, and always wants to try and make it better. She has dedicated the majority of her life to not just helping me and my sister, or just her family, but her friends and all of the people around because she wants to make her community overall a better place. While a lot of people would shun Fall River, my mom wanted to try and make it better for everyone, so that they too could be proud to be from there.

Along with these, my mom was always the one who would take me and my friends out to food and always offer to pay, she would bring food to tennis matches I played or events at school. She cheered me and all my teammates on at any sport I played, and would always ask all the kids if they needed anything. She treats everyone with the care she does for her family, and for all these lessons, I am grateful. My mom is a good person, and not just through words, but also actions. Your Honor, I hope you take these things into account when making your decision, and thank you for taking the time to read through this.

I hope you are having a good day regardless, and that you and your family are staying healthy and safe,

Kind regards,
Jacqueline Andrade

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210


Dear Judge Woodlock,

My name is Alexandria Andrade, and I live in Boston, Massachusetts. I am a recent graduate of
Suffolk University and I currently work as a paralegal for the law office of Lichten and
Liss-Riordan, P.C. Genoveva Andrade is my mother. To say I have an amazing mother would be
an understatement. My sister and I had a wonderful childhood, and as adults we have a very
close family relationship to this day.

Some of my favorite childhood memories are from my birthday parties throughout the years.
Every year we would have a party in the summer to celebrate my sister and I's birthdays. At my
small elementary school you could say this was the event of the year. My mom was always
adamant that if we had any kind of party that everyone had to be invited, meaning the entire
school. She always made a huge point to make sure everyone was always included. Every year
rather than receiving gifts we asked that everyone bring canned goods in order to donate to our
local food pantry. You could imagine that the average 8 year old was slightly confused as to why
I was not asking for the newest Barbie dream house but rather for some canned goods for people
in need. Looking back, I probably questioned why I was not getting gifts from my peers but I
also knew from an early age that my family was incredibly fortunate. Growing up as children we
never wanted for anything. My parents did not have the privileges that my sister and I had, and
because of that their struggles throughout their lives ultimately shaped my sister and I's
character. One of the many things my parents have instilled in me that I will instill in my own
children one day is philanthropy. Giving back has been a huge part of my life, and it started at an
early age. At the same food pantry where we would donate our canned goods every summer, is
where I volunteered throughout my life.

Her generosity with my friends, her family, and strangers has not gone unnoticed. Small acts of
kindness when no one is looking is what should be highlighted about my mom. She has
contributed to her community in more ways than one, and many have been seen by her
community. What is so special about her is not her success with political campaigns, but what no
one sees behind closed doors. Whether it was hearing about families throughout the pandemic
who were struggling to put food on the table, and anonymously reaching out to send over
groceries; or just simply giving a helping hand to a random stranger who is in need. My mom
does not do these things for self-gratification but she genuinely does them out of the kindness of
her heart. Her generosity and care for her community are some of the many inspiring things
about her. Throughout my life she has inspired me to be caring and lend a helping hand when I
can. My mom inspires me everyday to be the best version of myself.


Exhibit 12

My mom is my best friend, my favorite person, my biggest cheerleader, and as you can imagine because of that this has been an extremely challenging time for my family and I. That being said, I know my mother's character and I know her heart. She is truly the best person I know and is so sincerely sorry for her mistakes. Having studied law at the undergraduate level I fully understand the severity of these charges. It hurts deeply to know that my mother has found herself in this situation. I know a letter like this will not be able to show just how amazing she really is but I hope it can paint a decent picture. I am writing this letter to ask the court for leniency on behalf of my mom Genoveva Andrade.

Sincerely,
Alexandria Andrade

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, Ma 02210


    Dear Judge Woodlock,

        My name is Monica Sousa and I am a stay-at-home mom residing in Fall River, Ma. I have known Genoveva Andrade all of my life. Gen and I are first cousins, our mothers are sisters. Gen is someone I have loved and admired all of my life. Growing up, Gen was my babysitter and modeled as a big sister to me as I am the only child to my parents. I had the honor of being a junior bridesmaid on her wedding day and we have remained close as we have grown older.

        Before transitioning into my new role as a stay-at-home mom, I was employed in mental health in the Greater Fall River area for 16 years. Most recently, I was employed by the City of Fall River where I had the pleasure of working with Gen for about one year. I was able to see Gen daily in a professional element and witnessed her compassion for people and commitment to seeing our city and its residents strive. I have known Gen to be very generous, patient and reliable on a personal level and was not surprised to see these characteristics on display in a professional environment. While employed for the City of Fall River, Gen and I were able to assist hundreds of residents with a plethora of different issues from homelessness and hunger to engineering concerns and economic development.

        Gen has always been a cheerleader of mine from the days of my first steps to cheering me on professionally as I navigated into different roles for the City of Fall River. Whether it be assisting me with a difficult constituent complaint or helping me with preparing for a first time ever event in the city, I could always count on Gen to help in any way. Gen has helped me gather donations for local food pantries, organize and execute a soup kitchen for our neediest residents, to planting flowers and beautifying the poorest areas in our district.

        On March 8th 2017, Gen should have been celebrating her birthday but instead received a frantic call from me informing her that my father had passed away. For what seems like a blink of an eye, Gen was by my side consoling me. Gen didn't leave my side that day. It didn't matter what day it was. Gen made sure I was ok and assisted me with all of my father's service arrangements. Gen helped me with all aspects of my father burial, from picking out his clothes to his casket. It meant the world to me that I was not alone. Fast forward to three months later, Gen and her husband were celebrating his birthday and their anniversary, again to receive a frantic phone call from me; this time it was to tell her that I had lost my baby. I was almost eight months pregnant. Gen remained on the phone with me for hours on end. She would call, facetime and remained in contact with my mother and boyfriend in regards to how I was as she and her husband were vacationing at the time. Once Gen returned home and day or two later, she did not leave my side. Gen was incredibly remorseful that she was not able to be with me in person for every moment of this painful time for me. Fast forward to one year later, I was pregnant with my second child. I had gone to the hospital on the morning of July 31st due to not feeling well. While in the ER, the doctor informed me that I would have to go into emergency surgery to have my baby. I was alone, afraid and an emotional wreck. As I was being wheeled into surgery, what I didn't know what that Gen was already on her way. She would again be glued to my side, witnessed the birth of my son, her now Godchild. My baby was born with several health issues due to him being almost three months premature. Gen has provided much emotional support for me and my son as we navigate through many doctor appointments and delayed milestones. Gen is the type of family member, friend or

Exhibit 13

mom everyone would wish to have. She is loyal, trustworthy, reliable, a giver, a good listener and the loudest cheerleader in the room.

I have unfortunately witnessed the same, if not, greater remorse from Gen, much like the day I lost my son, due to the unfortunate events that have taken place in her life with this case and the charges she is facing. My once outgoing and personable cousin and friend, has become isolated and quiet. The unfortunate incidents that have taken place have been a great embarrassment to Gen and our family. Gen has been punishing herself since the day of her arrest. She has spent much of this time at home and out of the public eye. My son and I visit with her regularly, as he is a great distraction to social media posts and news articles and negativity in general. During our visits she has shared with me the great regret that she has with being involved in this situation. She has missed very important milestones in her daughters' lives, things they have looked forward to for years; she has missed due to her involvement in this case. Gen was not able to help her oldest daughter move to England as she attends Veterinary school or been able to visit her since moving there. Gen's youngest daughter has taken on the role of being protector and emotional support for a mom that is crippled with nerves and anxiety. This has been an incredibly difficult time for Gen and her family and this situation has not been taken lightly. I understand that the charges she is facing are very serious but my hope is that this court will see that this is a great person with a heart of gold who had a very poor lapse in judgment.

My best,


Monica Sousa

The Honorable Douglas P. Woodlock
Unite States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210


Dear Judge Woodlock:


My name is Tabitha Moura. I am a resident of Fall River, Massachusetts. I am employed with Robert H.
Cook Insurance Agency, Inc. in Quincy, Massachusetts. I am a Personal Lines Account Executive and
have been working there for six years helping clients better understand insurance and help make sure they
have the correct policies in force to help prepare for any event that may have insurance involved. I am
the cousin of Genoveva Andrade. She has been a part of my life since I was born. In my lifetime of
knowing Gen, there are many instances where I've witness countless acts of kindness not only with
others, but with myself.

Gen was always there to help my mother who was a single mother of three children. I am the youngest of
my three siblings, so I did not understand many things that happened in my life that my older siblings
knew. My parents divorced when I was 3 and my father signed away his parental rights which ended my
relationship with him. Growing up without my father in my life was an obstacle in life I had to endure.
Gen has always been a person in my life who I could turn to for advice, insight, and help. She always
would check in on me to see if I needed anything or if I needed anyone to talk to. She did this willingly
and knew how I was feeling as she had lost her father in her life at a very young age. Although our
circumstances were different, she knew from her own experience how I was feeling and how help me to
not let the loss of my father change the person I was. She would always remind me that I was a smart
young woman, I could do whatever I set my mind to and to never lose sight of my future.

There is another memory I have of Gen that has stuck with me. At the age of 17, I was finishing up my
junior year in high school. Unexpectedly I had lost my house due to fire. Not one item was salvageable.
The only belongings I had were what was in my 2002 Volkswagen Jetta. As my world turned to chaos, I
remember my cousin Gen was the first person to reach out to me to tell me not to worry about anything
and she would take care of whatever it was that I needed. While offering me a place to stay with her until
my housing situation was established between my parents to take the ease off them, she made sure I had
everything from hygienic products, clothing, and school supplies before anyone could offer to get them
for me within a four-six-hour time frame. While in shock and in disbelief what she had done for me in
that short time, her words are what really resonated with me to this day. She had stated that these
situations in life go unplanned, but we can not let it define us as a person. She wanted to remind me of all
my success and accomplishments in life were more valuable than any materials I may have lost, and she
was right. Although I lost my tangible items, they could be replaced.

Through years of experiencing all the thing's life has thrown my way, Gen has always been there when I
have needed her. I thank God for her advice and her words of encouragement because without them I do
not think I would be the person who I am today. I know I can call Gen at any hour of the day and she will
be there to answer. My cousin has a heart of gold and is a person that would take the shirt off her back for
someone else without hesitation. I admire who she is as a person, and I am proud to have her as a role
model in my life. I understand the severity of her charges. I know this has been a difficult time in her life.

Exhibit 14

I hope that words of myself and others will help trump the mistakes she has made. Thank you for your time and may God Bless you Judge Woodlock.

Sincerely,

Tabitha Moura

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States of Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Katie McAveety and I was born and raised on a small island 30 miles off the coast of Cape Cod, called Nantucket. I was fortunate enough to graduate from Johnson & Wales University, in Providence and earn a B.S. in Sport, Entertainment and Event Management in February 2020. I am now a Special Events and Production Coordinator for a very successful Non-Profit Film & Cultural Center, known as Nantucket Dreamland.

During my freshman year of college in 2016, I had the pleasure of meeting Gen Andrade. I was introduced to her daughter Alexandria through a mutual friend and we have been inseparable ever since. Alexandria is my absolute best friend. The second I met her mother, Gen, I was included in the family. I had never felt so at home, not being at home.

I have never been able to leave Gen's house empty handed. I come with one bag for a long weekend and leave with five. I have never seen generosity flourish as much from one human being, she would give you the shirt off her back if it was the last piece of clothing she owned. I remember one day mentioning a certain candy I liked that she had in her candy jar for guests as they entered her house, the next time I stayed, there were bags and bags of that particular candy. The day I got my first job offer after college, of course I immediately texted Alexandria the great news. Within seconds I wrote "Did you tell your mom yet?" I knew Gen would be so proud of me. I knew how happy she would be and excited for me, a few moments later I got a text saying "She's starting to cry she is so happy" and that truly warmed my heart.

That is how Gen is, she listens, she's attentive, she is loving and would do absolutely anything for those she loves. Not to mention, the love she has for her daughters. The relationship she has with Jacqueline and Alexandria is the purest form of love, they're not only her daughter's but her absolute best friends, everything she does in life is for those two and I've had the pleasure to see that for myself as Alexandria's best friend.

Exhibit 15

Gen Andrade is like a second mother to me. She will never know the extent to how much she has impacted my life since the day I've met her. It was my mothers biggest fear in life sending her first daughter away to college in a city I've never been in, having Gen live 30 minutes away and being what felt like home put everyone in my house at ease. That was done by simply just being Gen. I am so lucky to be able to have Gen Andrade in my life.

Sincerely,
Katie McAveety

| | |
|---|---|
| **From:** | Abel Rego |
| **To:** | Charles Rankin |
| **Subject:** | Character letter for Genoveva Andrade. Thank you. Wednesday, May 12, 2021 9:07:51 PM |
| **Date:** | |

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Abel D. Rego and I Live in Cranston, Rhode Island. I'm a Meat dept. Clerk for Stop and Shop and I am an uncle to Genoveva Andrade. I have known Genoveva her entire life. She is my sister Lucia's oldest daughter.

My niece Genny can't be mentioned without words like; heart of gold, generous, caring, loving, motherly and kind. My niece has shown myself and my family members nothing but unconditional love. I vividly remember Genny helping my sister raise a family of 5 siblings after my brother-in-law passed away. When my father, her grandfather, was alive and on dialysis, she would always step up to help whenever he needed it without fail or question, always "be right there".

I have seen her raise two of the most loving, intelligent, caring daughters, who are her entire world. This offense has taken a toll on her health, but one thing that has and will never waver is the size of her heart and generosity and love for her family. She has helped her sister Elsie raise her daughter.

She is a pillar to the Portuguese community for the sheer amount of times she has helped the elderly especially with translating English for them in whatever needs they have, whether it was a doctor's appointment or anything else. I am beyond proud of the woman she has become after all the diversity she has faced throughout her childhood and persevered to be the amazing wife and mother that she has become. She really has a heart of gold and deserves to continue to be the caring individual she has become.

Thank you for your time and consideration,
Sincerely,

Abel D. Rego

Sent from Mail for Windows 10

Exhibit 16

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, Ma 02210

Dear Judge Woodlock,

My name is Escolastica Moniz. I am presently retired and currently live in the city of Fall River. I am writing to you on behalf of my niece, Genoveva Andrade. I have known Gen all of her life and she is one of my favorite nieces.

My family immigrated to the United States in the late 70's. We came here with nothing but hope for a brighter future for ourselves and our children and a strong work ethic. My sister Lucia, Gen's mother, became a widow very young age leaving her to raise four small kids on her own. Gen is the oldest of the kids and did a wonderful job helping her mother with the younger siblings. My niece, who came from nothing gave much of herself to her family and extended family by helping us all raise our children. Gen helped me a lot with my daughter and I knew that I could rely on her so I could go to work and have money to pay my bills. Gen never wanted a dollar for babysitting. Even at a young age, Gen was very generous with her time and was very compassionate with the kids. She even saved my daughters life one time when my daughter was a year or so old and swallowed one of my rings. Before I knew it, Gen had shoved her fingers in my daughter's mouth to get the ring out, saving her life. I will never forget that.

Gen has grown to be a great mother herself and is always ready and willing to help her own mother and siblings. Gen has been a great role model for my daughter and I am so happy that they have a close bond as adults. Gen came from humble beginnings and has never let her financial success as an adult get in the way of knowing where she came from. Gen followed in many of our footsteps by helping people, many strangers, getting help they need. Whether it is translating for immigrants, helping them with citizenship or organizing food drives, you name it, my niece is always ready to help anybody. When her kids were younger, Gen refused to accept any gifts for them and always keeping the less fortunate in mind would suggest that people bring canned goods for the needy instead of toys and junk for the kids. Gen and her husband have always opened their home to our extended family for us to have reunions and reminisce about days where we dreamed what life would be like. We look forward to those parties every year so we can laugh, cry and of course argue over who makes the best recipes and who looks the best in our old age.

I know what my niece is charged with is very serious but this was very out of character for her. Gen is a good person with a big heart that will help anyone. I am hoping and begging the court to forgive her for these charges and trust that she will never do anything like this again. I pray for you and your ability to help a helper at a time in her life where she needs it the most. God bless you and thank you.

Sincerely,

Escolastica Moniz

Exhibit 17

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock,

My name is Matthew F. Magnell and I am Jacqueline Andrade's fiancé. Gen Andrade is my future mother-in-law and I have known her for the past 8+ years that I have dated/been engaged to Jacqueline. I am currently living with Jacqueline in the UK.

Mrs. Andrade helped my mom find a place to live when she really needed it. My mom had fallen on difficult times, and was unable to find a place to stay. After talking with Jacqueline, we decided to try and contact her mom to find out if she had any resources available to help. Thankfully, within a day, she spent the time to find a place that would accept my mom, and we were able to move her in within a week or two of asking. She completely understood that my mom just needed some help, and I am very thankful that she was able to do this for her, especially in such a short amount of time. She has always helped where she could, and accepted me as part of the family.

I hope you will also take this moment into account when thinking about Mrs. Andrade, as she has always tried to help me and Jacqueline whenever we need.

Thank you,
Matthew Magnell

Exhibit 18

The Honorable Douglas P. Woodlock

United States District Judge

United States District Court for the District of Massachusetts

Moakley United States Courthouse

Boston, MA 02210

Dear Judge Woodlock,

Sir, my name is Stephen Moniz I am a retired Law Enforcement professional, I reside in the Town of Somerset, MA. I have known Genoveva Andrade, (Geni) for approximately twenty years. I, and my family were introduced to her and her family by a mutual friend. Our families became great friends and we have vacationed together on a few occasions.

Our children are close in age and at one point in time they all attended the same parochial school in North Dartmouth, MA. During that time, we shared carpooling the children. This continued until they were of the legal driving age.

I have always known Geni to be a very kind, compassionate and a loyal person. Always looking to help out anyone in need. On many occasions I have seen Geni take on a lead role in organizing fundraising activities be it for sports, school, or just about any other need when someone she knows has fallen on some bad times.

Geni has always been a great Mother to her two children. Always looking out for their best interests and encouraging them to be the very best that they can be in all that they encounter. Be it extracurricular activity, schoolwork, and whatever task they were working on.

Geni comes from a rather large family she is the eldest of four siblings. Geni's Father passed away when she was approximately four years of age. As she got older she became almost like a"Co-Parent" helping her Mother to raise, and support her younger siblings. Always putting her family before herself. As she got older, she would work as much as she could to help her mother raise the family.

Respectfully submitted,

Stephen Moniz

Exhibit 19

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

May 24, 2021

The Honorable Judge Woodlock,

My name is Sara Pereira and I reside at ████ Plymouth Avenue, Fall River, Massachusetts.
Currently, I am unemployed.  I am writing this letter on behalf of my older sister, Genoveva
Andrade.

Gen has worked since the age of 14 years old to help support her family.  She has always
worked so hard to help her younger siblings to have birthday parties, things we needed, and the
extra things my parents needed to provide for us.  Gen is a loving person with a kind and
beautiful heart.  She always gives to the less fortunate.  I have always been very proud of her!

Gen has a wonderful husband and two daughters.  Her life revolves around her two girls.  One
daughter is going to be a vet and the other an attorney.  She is an excellent mother.  Overall,
Gen is an excellent mother, sister, daughter, friend, and worker.  She is outgoing, and lives life
to its fullest.

Sincerely,

Sara Pereira

Sara Pereira

Exhibit 20

**Charles Rankin**

| | |
|---|---|
| **From:** | GENOVEVA ANDRADE <gandrade0501@aol.com> |
| **Sent:** | Tuesday, June 1, 2021 9:27 AM |
| **To:** | Charles Rankin; Charles Rankin (GMail) |
| **Subject:** | Fwd: |

Sent from my iPhone

Begin forwarded message:

> **From:** "RVDE.ORG Frank P. Baptista" <fpbaptista@apol.net>
> **Date:** May 31, 2021 at 10:35:44 AM EDT
> **To:** gandrade0501@aol.com

To Whom It May Concern:

Re. Mrs.Genny Andrade

Let it be known that I know Mrs. Genny Andrade
for a period of approximalety thirty years.
We first me when she was a volunteer at the
Portuguese Youth Cultural Organization in
Fall River. The said organization served not
only the youth, but the adults as well with their
difficulties mainly due to language and cultural barries.

My radio station, which served the Portuguese-
speaking community, initiated a food drive and
Mrs. Andrade was instrumental in making this
initiave and event with much success to
this very day. Her concern and efforts for others
is what I witnessed first hand. I continue to observe
her dedication and concerns for those less fortunate
after all these years. I also know of her impressive
qualities with regards to her family, friends and the
community in general.

Sincerely,

Exhibit 21

1





**Frank P. Baptista**
Founder/Producer/Director
RVDE.ORG/WHTB-1400AM
RVDE.ORG/WHTB-93.7FM
www.rvde.org
P.O.Box 9813
Fall River Mass. 02720
Tel: 508-678-9727 ext.38
Cell: 508-207-8382
Fax: 508-677-3939
email:fpbaptista@apol.net
**email:fpbaptista@rvde.org**




**33 YEARS OF PROUD  SERVICE TO THE PORTUGUESE-SPEAKING COMMUNITY, THE LARGEST ETHNIC *GROUP* IN THE REGION**



The Honorable Douglas P. Woodlock

United States District Judge

United States District Court for the District of Massachusetts

Moakley United States Courthouse

Boston, MA 02210


Dear Judge Woodlock,


My name is Maria Fatima Rego and I live in Fall River, Massachusetts. I am employed with South Coast Tobey Hospital in Wareham, MA, where I am a multi-functional worker. I am presently stationed in the MRI department and I am a trained CNA for the last 35 years. I am Genoveva Andrade's aunt. I have known her all her life and she is more of a sister to me than a niece. Fifty two years ago, my mother passed away and my sister, Gen's mother, Lucia, raised me as one of her own.

Gen is someone that I have counted on for most of my adult life. Gen has been there for me to help me raise my children, especially after becoming divorced from my husband of 15 years. While my children were younger, Gen helped me by watching and raising them while I worked to provide for them. Gen is still involved in my children's' lives and now my grandchildren. Gen is someone I can count on for emotional support, a shoulder to cry on and someone to be my cheerleader. As we have become older, I have also witnessed my niece become a wonderful mother and wife for her own family. Gen has always been the type of person to put others before herself and I have personally witnessed this countless times. I have seen my niece generously donate, food, furniture, clothing, time and money to endless causes. Whether it be a perfect stranger or another member of the extended family, Gen is always there ready to help.

I understand the severity of the charges my niece is facing and this has been a very difficult time in her life as well as her family. I am hoping that all the good she has done and continues to do for others will trump the mistakes she has made. May God bless you, Judge Woodlock and thank you for your time.


Sincerely,


Maria Fatima Rego


Exhibit 22

**Charles Rankin**

| | |
|---|---|
| **From:** | megan megan <megan.oliveira82@yahoo.com> |
| **Sent:** | Monday, May 31, 2021 1:52 PM |
| **To:** | Charles Rankin |
| **Subject:** | Gen Andrade |

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts Moakley United States Courthouse Boston, MA 02210

Dear Judge Woodlock,

My name is Megan Oliveira and reside in New Bedford, MA. I met Gen when I began working for her husband as a medical secretary in 2002.

Gen has always been fully dedicated to her family and community. Some examples of her commitment include sponsoring youth sports, helping to feed the homeless, she has even placed a family in a hotel who were at the time homeless. Gen is the type of person who is always ready and willing to help anyone. I myself had a situation a few years ago with a cousin of mine who needed help/treatment. We tried everything we knew we could to get him into a facility and felt like we were hitting brick wall after brick wall. When speaking to Gen about my situation she guided me to the proper resources who were able to get him into the treatment facility he so desperately needed.
Gen loves her family and the community she served. She has dedicated her life to her family.

Exhibit 23

1

The Honorable Douglas P. Woodlock

United States District Judge

United States District Court for the District of Massachusetts

Moakley Unites States Courthouse

Boston, MA 02210


Dear Judge Woodlock:

My name is David Rocha. I live in Rehoboth Massachusetts. I have been employed with The Home Depot for the past twenty, three years. I am currently a Store Manager.  I have known Geni Andrade for the past nine years. I met her and her husband Jorge through my brother- in-law, Alfredo Franco. There is a small group of us that follow Portuguese soccer with her husband and watch the games at their home on a regular basis.

I have found Geni to be a devoted wife and mother, putting her children above all else. She is always there for them as a source of encouragement and guidance and has provided a caring and loving home. Both her husband and children are very fond of her extraordinary culinary skills too. Geni, has always took the time to ensure the well- being of her mother, brothers and sister. She has been a consistent source of strength for all of them even when she has been down herself. Geni, with no doubt has been going through a rough time with all that has been going on with her. However, she has been there for members of the community when they have reached out to her.

I consider Geni a very kind and generous person with a very big caring heart. Even with everything she has been going through and the emotional toll it has taken on her and her family she never stops asking how are things going, how is your family doing, is everything ok? She really cares. I am very grateful to be able call her and Jorge close friends of mine. I wish nothing but the best for both of them along with their two daughters.


Respectfully,

David Rocha


Exhibit 24

| | |
|---|---|
| **From:** | Diane |
| **To:** | Charles Rankin |
| **Subject:** | Letter for Genoveva Andrade |
| **Date:** | Wednesday, May 26, 2021 9:48:09 PM |

May 26,2021

May 26, 2021

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, Ma 02210

Dear Judge Woodlock,

    My name is Diane Tabicas and I am 47 years old.I live in Fall River, Massachusetts and I am a specimen collector for Dominion Diagnostics. I've been friends with Geni since 2006. She's been a dear friend to me and I consider her a sister. I've always known her to help anyone she can.
    She was always willing to help someone else. She grew up in a poor family with lots of siblings and was the person they all depended on. Till this day she is still that person. She goes out of her way to help her family so they do not go without anything. She is very family oriented and will do anything for her children. Her husband works very hard for everything they have. They have built a good life together but that hasn't changed her as a person. If you need anything she will be there. I was with her one day when she received a phone call from someone in her home town of Somerset that a family had lost everything in a house fire and she wanted to help them with a place to stay because they had been misplaced. She tried to reach out to people she knew for help and couldn't get any so she took it upon herself to call a hotel and paid a two week stay for this family.
    She has been trying to keep busy and just staying home. She's been very emotional and trying to deal with everything the best way she can. Her life has changed dramatically in the past few years but I hope this doesn't change her as a human being.

Sincerely,
Diane Tabicas

Exhibit 25

May 19, 2021

The Honorable Douglas P. Woodlock
United States District Judge
United District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Jeffrey Marques and I reside at ■■Jon Ester Road in
Somerset, MA 02726. I have owned a successful printing business in the
southcoast area of Massachusetts for over 20 years. I have known
Genoveva Andrade for approximately 8 years. Our paths originally crossed
during local firefighter and girls' softball fundraiser events. Gen has
repeatedly volunteered her time to the community and raised funds for
charitable organizations. Her determined efforts also raised awareness
and helped build unity.

Our initial interactions at public events evolved into a close friendship. My
family and Gen's family have engaged in spirited dinner conversations over
the years. A genuine comfort level was created - which continues to
present day. My family has always enjoyed Gen and the company of her
family. Based on public and personal family experiences and through time
and familiarity, I consider Gen a loyal, trustworthy, and dependable friend
and an upstanding individual in the community.

I have always thought highly of Gen and admired her confidence,
dedication, and strong moral character. I was troubled by Gen's reported
involvement in the matter against the former mayor of Fall River but I am
not at all surprised by Gen's honesty and taking personal responsibility for
her actions. Taking ownership and learning from mistakes are examples of
Gen's overall self-awareness and strength of character. Making a bad
decision or admitting to an error or lapse in judgement can be difficult for
some but Gen has taken individual accountability and is prepared to accept
the consequences.

Exhibit 26

Gen has expressed a deep sense of remorse for her conduct and I believe she will emerge as a better person moving forward. It is my sincere hope the court takes this letter into consideration when determining a sentence. Despite the circumstances, I am convinced Gen is an honorable and decent person. I understand the gravity of Gen's actions but I hope the court will be able to show leniency.

Thank you for your time and consideration.

Sincerely,


Jeffrey Marques
Contact # (508)-951-6809

**Joseph A. Afonso, MD**
**▐Hastings Court,**
**N. Dartmouth, MA 02747**

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Joseph A. Afonso, MD, a longtime resident of Dartmouth, Massachusetts, Assistant Professor of Psychiatry for UMass Medical School, lecturer at Harvard Medical School, Medical director of Corrigan Mental Health Center in Fall River, and a longtime friend of Genoveva Andrade.

I have known Gen and her family for more than 30 years, and I was both troubled and surprised to hear about her recent case, as she has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Genoveva regarding this matter. I understand the seriousness of this matter however, and hope the Court will show some leniency.

While I was surprised to hear about the misconduct, it comes as no surprise that Gen has accepted responsibility for her actions. I strongly believe that as we move forward, she will emerge as a better person, true to her long time dedication to her family, her community, and her generosity to those less fortunate. The serious adversities that she experienced in life, including the sudden and unexpected loss of both her father and stepfather, have no doubt shaped her drive for self-reliance, desire to accomplish, her contributions to the community, and her generous and helpful spirit.

Genoveva has expressed a deep sense of remorse in making such a serious mistake, and I believe in her ability to pay her debt to society.

It is my sincere hope that the Court takes this letter in consideration at the time of sentencing. Despite the current case, I still believe Genoveva Andrade is an honorable individual, a valuable member of our community, and a good human being.

Sincerely

Joseph A. Afonso, MD

Exhibit 27

The Honorable Douglas P. Woodlock

United States District Judge

United States District Court for the District of Massachusetts

Moakley United States Courthouse

Boston, Ma 02210


May 13, 2021


Dear Judge Woodlock,


My name is Grace Cardoso, I have been an entrepreneur in the city of Fall River since 1981. I am 68 years old. I am also a friend of Genoveva Andrade.

I first met Genny when she was a young teenage girl working at a local lumber store. She was always happy with a big smile and would go out of her way to help me. I got to know her better later when she starting dating her husband, she would frequent my family restaurant and we became friends.

She was always willing to help anybody that needed out of the goodness of her heart. Genny didn't have it easy in life, her father died when she was 5 years old and she was raised by her mother along with 3 siblings that she was very protective of, since a very young age.

When she became a mother and invited people to celebrate their girls' birthdays, she always asked to in lieu of a gift donate to a charity. At the time of the Iraq war, she asked to bring a child's outfit to be donated to a kid in Iraq.

She was involved in every campaign to raise funds for the poor at Thanksgiving and Christmas joining radiothons or calling business people that she was acquainted with to donate.

I observed her through the years giving and never taking anything in return.


Sincerely,

Grace Cardoso


Exhibit 28

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, Ma 02210

Dear Judge Woodlock,

My name is Tania Melendez and I live in Fall River, Ma. I am a mortgage processor for a AccuTrust Mortgage here in the city of Fall River. I have known Genoveva Andrade for the last eleven years. I met Gen through mutual friends and have remained friendly with her since then.

It was very easy to become friends with Gen. She is funny, welcoming and one of the best moms I know. Gen and I have children similar ages and we could easily relate to one others worries and victories. Gen has welcomed me into her home many times and it's a very loving place. I admire the closeness Gen has with her daughters and the adorable pet names they have for one another. Gen is so proud of her daughters and their accomplishments and loves to see them succeed.

I have been in Gens company many times where she has taken a phone call to help someone in need or been able to connect that person calling with the information and a contact to get help. I have been to restaurants with Gen and she is greeted by so many people, so lovingly. While out, it would not be unusual for someone to come over and ask Gen for help with some kind of issue. I admire her compassion for people and her drive to see people happy and doing well.

I understand the charges Gen is facing are very serious and this has been very worrisome to myself, her friends and family. I have remained supportive of Gen and I have seen how remorseful she has been since all of this has transpired in her life. My hope is that this court can see a snapshot of the Gen that I have had the pleasure of getting to know and admire. She is a loving wife, mother and friend. She is a very sincere and compassionate person.

Sincerely,

Tania Melendez

Exhibit 29

June 2, 2021

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, MA 02210

Dear Judge Woodlock:

My name is Alfredo M. Franco and I live at ███ Albany Street, Fall River, MA. I am a certified public accountant. I have been a long-time friend of Genoveva Andrade and have known her for over 20 years. I am related to her husband Dr. Jorge Andrade and that is how I came to know her.

I have known Genoveva Andrade to be a very devoted, loving, and caring mother and wife. She has a loving husband and they have raised two wonderful, kind, and very intelligent daughters which are a product of her devotion, love and caring.

This devotion, love, and caring also extends to her mother, siblings, and extended family as well as to her friends. The devotion to her mother and siblings became more apparent after the death of her father. In my opinion she somewhat became a mother hen to her siblings.

I have known Genoveva Andrade to be very charitable and is willing to help those in need not only in her own capacity but also in getting others involved in those causes.

Very truly yours,


_____
ALFREDO M. FRANCO

Exhibit 30

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Courthouse
Boston, Ma 02210

Dear Judge Woodlock,

My name is Cathy Botelho. I live in Fall River, Ma. I am retired and also a friend of Genoveva Andrade. I have known Gen for about six years. We became friends through one of her aunts. As soon as I met Gen, I knew she had a heart of gold and she would do anything for anyone. She is just that type of person. She is very generous and will help anyone in need. I have been to her home on many occasions and her family is as friendly as she is, very good people.

When all of this broke out my heart was broken for Gen. I couldn't put any of it together because I don't know her to be that type of person. During this time, she has kept to herself and I feel bad because I know she hasn't been in a good place mentally but she is in good hands with her family by her side. Gen will always be a friend of mine as I know her true character. She is a good person.

Please consider all the good that she has done when deciding her fate with this case.

Sincerely,

Cathy Botelho

Exhibit 31

The Honorable Douglas P. Woodlock

United States District Judge

United Stated District Court for the District of Massachusetts

Moakley United States Courthouse

Boston, MA 02210

Dear Judge Woodlock:

My name is Stacy Jacob. I currently live in Somerset, MA and I am a Medical Office Practice Manager. I have known Genoveva Andrade since a young teenager when I started baby sitting her 2 young daughters. Gen quickly became like a second mother to me and always so supportive.

Gen has always been the type of person to go above and beyond for her family and friends. If you were ever in need of clothing or food; she would go out and get it immediately for you. If you were having family troubles and just needed someone to talk to; she was always willing to listen and help give advice. She is also very helpful when it comes to local youth sports and helping with fundraisers and trying to help find sponsors or donations to the team league. She is an amazing mother and wife who has worked so hard since a young age and loves her family and friends very much.

Thank you for your time and consideration.

Sincerely,

Stacy Jacob

Exhibit 32

The Honorable Douglas P. Woodlock
United States District Judge
United States District Court for the District of Massachusetts
Moakley United States Court House
Boston Common, MA 02210

Honorable Judge:

My name is Francisco Cabral and I am writing this letter on behalf of Genoveva
Andrade. I reside at ████ Kearns Avenue Tiverton, RI, my home since 1975. I am presently
retired. I am one of the founding members of SER-Jobs for Progress Inc., a non-profit
community-based organization serving the underemployed, economically disadvantaged,
and people with other specific needs in the Greater Fall River area. I served this
organization as Associate and Executive Director for a period of 36 years.

I have known Genoveva since she was 13 years old. At her young age, she
volunteered to work as an intern in our reception area for two consecutive summers. Her
assistance was valuable as she was very mature for her age and fluent in both English and
Portuguese. She was well-mannered, reliable, eager to help, but most importantly, very
compassionate with our clients.

I never lost interest in knowing about Genoveva's progress. I know she never forgot
her roots. As time went on, she became very active in her community especially the
Portuguese community. Several times she helped me with organizing festivals and civic
events. She ultimately married one of my close friends Dr. George Andrade, who happens
to be my primary care physician.

My late wife and I frequently socialized with the Andrades including traveling and
spending time during holidays. I believe that my lengthy relationship and interactions with
Genoveva gives me an assessment of a great human being, she is a great mother, family
person and she is very proud of her two daughters. I can state without hesitancy, that she
has a heart of gold that is always ready to help those in need.

Therefore, I respectfully ask that your Honor will consider positively all the above.

Sincerely,


Francisco J. Cabral

May 12, 2021

Exhibit 33