**Barbara Beatty**

| | |
|---|---|
| **From:** | Holly McNamara Selectman <selectman@hollymac.com> |
| **Sent:** | Wednesday, June 9, 2021 8:48 PM |
| **To:** | douglas_woodlock |
| **Cc:** | Barbara Beatty; Christina McDonagh; Claire Colman |
| **Subject:** | Gen Andrade Sentence (Jasiel Correia Case) |

CAUTION - EXTERNAL:

Honorable Douglas P. Woodlock,

After reading the Herald News article today and learning that several upstanding citizens, including State Representatives, have written to you in support of Gen Andrade and her sentencing tomorrow, Thursday, June 10th, I feel obligated to write in opposition to her request for no prison time.

Had I known that writing a letter was an option, I would have done it much sooner than the night before; I apologize for the 11th hour message.

I first became acquainted with Gen in 2016 when I ran for Selectman in the Town of Somerset. She ran the campaign of one of my opponents. I won the election and have been in office since, recently resigning due to personal attacks, bullying, and not wanting to partake in the unethical (and potentially illegal) activities of my new colleagues. I mentioned this as I feel that it is important to note since there's a very large, very tangled web that has been woven and all parties are related. It is a very complicated scenario to describe, but having experienced what I have experienced over the past 5 to 6 years I can confidently say that Gen Andrade and her allies do not deserve any mercy or remorse.

Unfortunately I only have tonight to explain to you via email the complexity of everything I have learned over the past 5 to 6 years, but I strongly believe it is worth at least reaching out.

Having been in public office I have learned that sending strong messages, setting boundaries and examples and leading by example are all extremely important. Anything less simply enables people to continue to do what they want, practically getting away with murder. The abuse of power in today's world is disheartening and the lack of accountability is very overwhelming. Good people simply don't want to run for office anymore.

You are one of our only hopes.

I am pleading with you that you send a strong message not only to Gen, but also to the people that are on the ethical fence, leaning to go in the direction of Gen and Jasiel. Please set the example that her involvement is completely intolerable and has major consequences. If the line isn't drawn now, it never will be. Otherwise the line will continue to be more and more blurred as it has been.

Thank you so much for your time and consideration. I pray that tomorrow sets the standard for consequence, and that it gives hope to the rest of the good people that want to continue to help our communities.

Respectfully,

Holly McNamara
Former Selectman for the Town of Somerset

Herald News link:
https://www.heraldnews.com/story/news/courts/2021/06/09/jasiel-correias-former-chief-staff-gen-andrade-seeks-no-prison-time/7620641002/

Sent from my iPhone
Pls excuse brevity & typos

Holly McNamara
Formerly Town of Somerset Board of Selectmen

selectman@hollymac.com
cell: 508-617-0539
website: selectholly.com
facebook: facebook.com/selectholly
twitter: @HollyMac

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.