UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| (2) GENOVEVA ANDRADE, ) | |
| ) | |
| Defendant ) | |

### JOINT RESPONSE TO COURT ORDER

By and through undersigned counsel, the parties hereby respond to the Court's July 22, 2021 Order, ECF Dkt. No. 277, as follows:

1. No definitive alternative resolution of this matter has been reached; accordingly, the parties respectfully request that this Court set a trial date. Subject, of course, to the Court's availability, the parties request that trial in this matter commence on or about December 6, 2021.

2. The government will separately file an assented-to motion seeking the exclusion of time between June 10, 2021, when the C-plea agreement in this case was rejected, and December 6, 2021, or whatever date for which this Court sets this case for trial.

Respectfully submitted,

| | |
|---|---|
| GENOVEVA ANDRADE, | NATHANIEL R. MENDELL |
| Defendant | Acting United States Attorney |
| | |
| */s/ Charles Rankin, Esq.* | */s/ Zachary R. Hafer* |
| Charles Rankin, Esq. | Zachary R. Hafer |
| | David G. Tobin |
| | Assistant U.S. Attorneys |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date: August 5, 2021