UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #18-CR-10364-DPW

_____

UNITED STATES

v.

GENOVEVA ANDRADE

_____

**DEFENDANT'S MOTION TO SEQUESTER WITNESSES AT TRIAL**

    Genoveva Andrade, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to Federal Rule of Evidence 615, to order all witnesses to be sequestered during the course of the trial. The defendant further moves that such sequestration shall include prohibiting any discussion of testimony between counsel or government agents and a witness who is in the midst of testifying and prohibiting any prospective witness from watching or listening to any of the trial proceedings remotely via Zoom, or discussing the testimony with other people. As grounds therefore, the defendant avers that such an order is necessary to prevent one witness' testimony from being improperly influenced by the testimony of others.

Respectfully submitted,

**GENOVEVA ANDRADE**

By her attorneys,

/s/ James L. Sultan
James L. Sultan
Charles W. Rankin, BBO 411780
Rankin & Sultan
1666 Massachusetts Avenue, Suite P-16
Lexington, MA 02420
(617) 720-0011

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 5, 2021.

/s/Charles W. Rankin
Charles W. Rankin

.