UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                            )       Criminal No. 18-10364-DPW<br>)<br>GENOVEVA ANDRADE,                 )<br>)<br>         Defendant                        ) | |

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

Now comes the United States by its attorneys, Nathaniel Mendell, Acting United States Attorney, and Dustin Chao and David G. Tobin, Assistant U.S. Attorneys, who hereby respectfully request that this Honorable Court continue the trial in this matter to a date after March 1, 2022.  In support of this motion, the United States avers that during jury selection on December 8, 2021, the undersigned attorneys for the United States were informed that a necessary government trial witness tested positive for COVID-19 as per a "rapid COVID-19 test."  As this witness would have had to have quarantined for a period of time regardless of the outcome of a COVID-19 "PCR test" to confirm the initial rapid test, the trial cannot proceed on the current trial timetable set by the Court.

The defense does not oppose the government's motion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ David G. Tobin*
DAVID G. TOBIN
DUSTIN CHAO
Assistant U.S. Attorneys

**Certificate of Service**

I certify that, on December 9, 2021, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David G. Tobin*
David G. Tobin