UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JASIEL F. CORREIA II,    )<br>)<br>Defendant    ) | Criminal No. 18-10364-DPW |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S SECOND MOTION TO CONTINUE
SURRENDER DATE

Since defendant Correia's first motion to continue his surrender date (Dkt. No. 347, filed November 17, 2021), recent developments indicate that "Omicron seems to be less severe overall than earlier variants," "[f]ewer people in the United States are being admitted to hospitals with the coronavirus than a week ago," and "hospitalizations are beginning to level off in the Northeast in particular." *See* Lauren Leatherby and Albert Sun, "Covid Hospitalizations Plateau in Some Parts of the U.S., While a Crisis Remains in Others," THE NEW YORK TIMES (Jan. 21, 2022). Moreover, wastewater coronavirus testing, a method commonly used to measure rates of infection, indicate that "[t]he latest wave of COVID-19 in Massachusetts has crested, with the number of new cases dropping precipitously since last week, prompting even the most wary prognosticators to see a flicker at the end of the tunnel." *See* Felice J. Freyer, Kay Lazar, and Martin Finucane, "COVID-19 cases have peaked in Massachusetts," THE BOSTON GLOBE, Jan. 20, 2022. Despite these indicators, defendant Correia seeks to further delay justice in this case for a minimum of 45 days or even longer (two weeks *following* the close of evidence in defendant Genoveva Andrade's trial, currently scheduled to commence on March 7, 2022). Defendant's motion should be denied.

This second delay motion, however, should come as no surprise from this defendant. As demonstrated by defendant Correia's shameful and corrupt reign as Mayor of Fall River, Correia

has long subscribed to the ethos that the rules that apply to everyone else do not apply to him. CEO's of small companies should act as fiduciaries for their investors. Not Correia. As CEO of SnoOwl, he spent thousands of his friends' investment in his company on a luxury car, luxury hotels, and sex toys. *See* PSR ¶ 44. People that earn income should pay their share of taxes. Not Correia. The tens of thousands of dollars he siphoned from SnoOwl for conspicuous consumption were concealed from the IRS. *See* PSR ¶ 47. Mayors of our cities should only act in the interests of their constituents. Not Correia. As Fall River Mayor, Correia shook down marijuana businesses, large or small, to the tune of hundreds of thousands of dollars to feed his insatiable greed, while his constituents were left with the collateral consequences. *See* PSR ¶¶ 63-107.

Now, Correia, just another corrupt politician finally convicted of selling his office, wants to remain at liberty while other similarly situated defendants sit in prison. *See, e.g., United States v. Brashear*, 2021 WL 5239119 (D.N.J., Nov. 10, 2021) (bribery defendant, a 61 year old woman with obesity and hypertension, denied COVID-19 compassionate release);[1] *United States v. Nunez*,

---

[1] The district court provided a string cite of defendants denied early release despite COVID-19 and health issues, *id.* at *3 (*See, e.g., United States v Kenneth Irving Carter*, Crim. No. 21-1090, 2021 WL 4916189, at *1 (3d Cir. Oct. 21, 2021) (affirming District Court decision to deny motion for compassionate release despite defendant's severe obesity); *United States v. Patricia Fountain*, Crim. No. 21-1313, 2021 WL 4772957, at *1–2 (3d Cir. Oct. 13, 2021) (affirming District Court decision to deny motion for compassionate release despite defendant's "obesity, concerning blood work levels, high serotonin levels, migraines resulting from adrenoleukodystrophy, cognitive decline, anxiety, depression, panic attacks, and post-traumatic stress disorder"); *United States v. Troy Wragg*, Crim. No. 20-3430, 2021 WL 4459455, at *1, *3 (3d Cir. Sept. 29, 2021) (affirming District Court decision to deny motion for compassionate release despite defendant's "obesity, seizure disorder, and hypertension"); *United States v. Edward Hicks*, Crim. No. 20-3512, 2021 WL 4316829, at *1–2 (3d Cir. Sept. 23, 2021) (affirming District Court decision to deny motion for compassionate release despite defendant's "asthma, pre-diabetes, hypertension, and obesity"); *United States v. Tyheed Jefferson*, Crim. No. 21-2020, 2021 WL 4279626, at *1, *3 (3d Cir. Sept. 21, 2021) (affirming District Court decision to deny motion for compassionate release despite defendant's obesity and cryptococcosis); *United States v. Lee*, Crim. No. 13-56, 2021 WL 4077562, at *2–3 (D.N.J. Sept. 8, 2021) (denying motion for compassionate release where defendant suffered from an anxiety disorder and mild hypertension); *United States v. Preschel*, Crim. No. 19-00186, 2021 WL 3930716, at *2, *4 (D.N.J. Sept. 2, 2021)

2021 WL 607079 (D. Me., Feb. 21, 2021) (denying early COVID-19 compassionate release to 37 year old defendant seeking to care for ailing mother); *United States v. Martin*, 2020 WL 7425333 (E.D. Ca., Dec. 18, 2020) (bribery defendant, 60 years old with hyper tension and severe cardiovascular disease, denied COVID-19 compassionate release); (47 year old defendant, convicted of federal funds embezzlement, with prior COVID diagnosis and seeking to care for her minor children, denied COVID-19 compassionate release) *United States v. Bruce*, 2020 WL 5257599 (E.D. Ca., Sept. 3, 2020) (bribery defendant, 35 years old claiming diabetes and high blood pressure, denied COVID-19 early release); *United States v. Salter*, 2020 WL 522543 (N.D. Ga, Sept. 1, 2020) (bribery defendant with hypertension denied COVID-19 compassionate release); *United States v. Dunbar*, 2020 WL 3893054 (D. Mass., Jul. 1, 2020) (defendant with diabetes, hypertension, and history of asthma denied COVID-19 compassionate release); *United States v. Pawlowski*, 2020 WL 3483740 (3d Cir., Jun. 26, 2020) (unpublished) (bribery defendant, with one lung, hypertensive heart disease, COPD, and sleep apnea denied early compassionate release despite COVID-19 risks); *United States v. Shulick*, 2020 WL 3250584 (E.D. Pa., Jun. 16, 2020) (defendant convicted of federal funds theft and filing false tax returns, with history of asthma and pneumonia, denied COVID-19 compassionate release); *United States v. Malone*, 2020 WL 3026467 (D. Conn., Jun. 4, 2020) (no COVID-19 early release for 50 year old defendant with high cholesterol and family history of heart disease); *United States v. Denault*, 2020 WL 2836780 (S.D.N.Y., Jun. 1, 2020) (bribery defendant, 58 years old with morbid obesity, hypertension and

---

(denying defendant's motion for compassionate release despite suffering from "obstructive sleep apnea, hypertension, diabetes, obesity, depression, and some kind of personality disorder"); *United States v. Germaine H. King*, Crim. No. 18-379, 2021 WL 3783157, at *4, *5 (D.N.J. Aug. 24, 2021) (denying defendant's motion for compassionate release where defendant is suffering from obesity and asthma).

hypercholesterolemia, denied COVID-19 compassionate release). Correia should be afforded no special treatment.

Contrary to many of the defendants listed above, Correia, who recently turned 30 years old, presents no physical ailments that put him at any greater risk in prison for COVID-19 than the older and more physically frail defendants already serving their debts to society. Indeed, if Correia is apparently of sound enough health in order to run "front-of-the-house" and "back-of-the-house" duties ("opening and closing daily, creating and managing the schedules for 18-25 employees, inventorying liquor and placing weekly orders …..") at his family's luxury steak house, *see* Dkt. No. 299 at 10, he is hale and hearty enough to start serving his prison sentence.

Justice delayed is justice denied. Therefore, Correia's delay tactics should be rejected. The citizens of Fall River deserve to close the chapter on Correia's sordid exploits. Therefore, and for all the foregoing reasons, the government opposes defendant's second Motion to Continue Surrender Date (Dkt. No. 383).

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By: */s/ Dustin Chao*
     DUSTIN CHAO
     DAVID G. TOBIN
     Assistant U.S. Attorneys

**Certificate of Service**

    I certify that, on January 22, 2022, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Dustin Chao*
                                        Dustin Chao