UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )   Criminal No. 18-10364-DPW<br>)<br>GENOVEVA ANDRADE, )<br>)<br>Defendant )| |

## DISMISSAL OF COUNTS TWENTY, TWENTY-ONE, AND TWENTY-FIVE OF THE SECOND SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts Twenty, Twenty-One, and Twenty-Five of the Second Superseding Indictment (ECF Dkt. No. 69) which charges defendant Andrade, respectively, with extortion conspiracy, in violation of 18 U.S.C. § 1951, extortion and aiding and abetting, in violation of 18 U.S.C. §§ 1951 and 2, and bribery in violation of 18 U.S.C. § 666(a)(2). In support of this dismissal, the government states that the United States Attorney agreed in the plea agreement in this case (ECF Dkt. No. 392) to dismiss Counts Twenty, Twenty-One, and Twenty-Five of the Second Superseding Indictment upon Defendant's sentencing on count Twenty-Six of the Second Superseding Indictment, and other considerations. The Honorable Court sentenced Defendant on March 7, 2022 (ECF Dkt. No. 403). The government believes that such dismissal is in the interests of justice.

Respectfully Submitted,

RACHAEL S. ROLLINS
United States Attorney

Date: March 10, 2022          By: _/s/ William F. Abely_
WILLIAM F. ABELY
Chief, Criminal Division
AMANDA P.M. Strachan
Deputy Chief, Criminal Division

DAVID G. TOBIN
DUSTIN CHAO
Assistant U.S. Attorneys

Leave to File Granted:

/s/ Douglas P. Woodlock

DOUGLAS P. WOODLOCK, Judge
United States District Court

*ALLOWED to degree necessary and appropriate for the Court's action, subject to the reservations expressed by me in United States v. Henderson, 951 F.Supp.3d 228 (D.Mass.2013)*

DATE: March 11, 2022