UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

No. 18-CR-10364-DPW
_____

UNITED STATES

v.

GENOVEVA ANDRADE,
Defendant
_____

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT
ASSENTED TO**

The defendant Genoveva Andrade moves that the Court order the Probation Department to return her passport. In support of this motion, the defendant states that she was required to surrender her passport as a condition of release. See Docket Entry 12, paragraph 7(d)(9-6-2019). Now that the defendant has been sentenced, there is no reason for the Probation Department to retain her passport. The defendant understands that she will need the Court's permission if he seeks to travel out of the United States while on supervised release. Probation (per Probation Officer Maria D'Addieco) and the government (per Assistant U.S. Attorney Dustin Chao) do not oppose return of the passport.

Respectfully submitted,

**GENOVEVA ANDRADE**

By her attorneys,

/s/ Charles W. Rankin

Charles W. Rankin, BBO No. 411780
crankin@rankin-sultan.com
James L. Sultan, BBO #488400
jsultan@rankin-sultan.com
Rankin & Sultan
1666 Massachusetts Avenue, Suite P-16
Lexington, MA 02420
(617)720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 15, 2022.

/s/Charles W. Rankin
Charles W. Rankin