UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                             )<br>)<br>(1) JASIEL F. CORREIA II, and        )<br>(2) GENOVEVA ANDRADE,              )<br>)<br>Defendants          ) | Criminal No. 18-10364-DPW |

GOVERNMENT'S MOTION TO LIFT PROTECTIVE ORDER

The United States of America respectfully requests that this Court lift the existing protective order entered in this case that pertains to the Massachusetts Cannabis Control Commission (*See* ECF Dkt. No. 124, the "Order"). The Order's prior purpose was to avoid pretrial publicity that could have affected trial proceedings in the matters of *United States v. Jasiel Correia, II* and *United States v. Genoveva Andrade*. The government understands that the Order, however, had the unintended consequence of preventing the CCC from openly and transparently conducting certain of its regulatory activities in the ordinary course of its business because the CCC has refrained from referencing and/or disclosing certain government reports and information that it has relied upon in making certain statutory and regulatory findings.

Because the need to avoid pretrial publicity no longer exists, as the jury trial for defendant Jasiel Correia concluded in May 2021, and Genoveva Andrade pled guilty and was sentenced on March 7, 2022; and because the need for the CCC to conduct its regulatory business openly and transparently in the normal course now outweighs the need to avoid pretrial publicity, the government respectfully requests that the Court lift the Order (ECF Dkt. No. 124).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Dustin Chao*
DUSTIN CHAO
DAVID G. TOBIN
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I certify that, on March 17, 2022, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Dustin Chao*
Dustin Chao