**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 18-10364-DPW |
| | ) | |
| JASIEL F. CORREIA, II, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO UNSEAL TRANSCRIPTS**

**(Assented to by counsel for Genoveva Andrade)**

The United States of America and defendant Jasiel F. Correia, II, by and through their undersigned counsel, jointly move to unseal two transcripts in this case: (1) the transcript of the sealed *in camera* conference on June 25, 2019; and (2) the transcript of the sealed videoconference on July 16, 2020.

1.      The parties agree that both transcripts can be unsealed at this time, and that the common-law right of access to judicial documents and First Amendment right of access to certain criminal proceedings and materials submitted therein support the unsealing requested. *See United States v. Kravetz*, 706 F.3d 47, 52 (1st Cir. 2013).

2.      The parties anticipate that they will be citing to one or both transcripts in their briefs on appeal in this case, and the unsealing requested will allow appellate counsel to provide the Court of Appeals with the transcripts in an unsealed appendix and/or addendum, rather than require the submission of both a sealed and unsealed appendix and/or addendum.

3.      Counsel for co-defendant Genoveva Andrade, who participated in the videoconference on July 16, 2019, assents to the unsealing of that transcript.

Respectfully submitted,

| Counsel for the United States | Counsel for Defendant Jasiel F. Correia, II |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney | /s/ *Daniel N. Marx*<br>William W. Fick<br>Daniel N. Marx |
| /s/ *Mark T. Quinlivan* | FICK & MARX LLP |
| DAVID G. TOBIN<br>DUSTIN  CHAO<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorneys | |

### Certificate of Service

I, Mark T. Quinlivan, hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

By:     /s/ *Mark T. Quinlivan*
          MARK T. QUINLIVAN