UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 18-10364-DPW |
| JASIEL F. CORREIA, II, and | ) |
| GENOVEVA ANDRADE, | ) |
| | ) |
| Defendants. | ) |

FURTHER MEMORANDUM
REGARDING
<u>PROTECTIVE ORDER</u>
April 11, 2022

In a "Submission" [Dkt No. 420] regarding this court's Memorandum and Order [Dkt No. 416] denying the government's motion [Dkt No. 410] to lift the protective order, the government offers various clarifying comments regarding the motion I denied. While the clarifications are welcome, they prompt me to offer the following suggestions regarding future requests for modification of the protective order.

Any request for further modification should include a submission prepared by the interested party, entity, or person seeking relief and should request specific identified modification of the subject order. While the formal moving party may be other than the interested party, entity, or person, a concrete and particularized submission tendered by the interested party, entity, or person itself will sharpen understanding of the scope and character of the relief sought.

The difficulty presented by the government's earlier motion that I denied was that it did not precisely state what relief was sought and on what basis. Although purporting to recite procedures of the Cannabis Control Commission, it appears from the government's recent "Submission," [Dkt No. 420 at page 2 n.1], that the Commission does not entirely endorse the accuracy of that recitation.

To avoid the potential that something meaningful to deciding any request for modification might be lost in translation and its implications of the proposed modification are fully vetted, all signatory parties to the protective order must be canvassed for their views before the request is made to the court, unless there is some good cause shown not to consult with one or more signatory parties.

A request will not be considered ripe for presentation to the court until these procedures have been followed and any deficient request will be denied without prejudice until they have been.

                                                        **_/s/ Douglas P. Woodlock_**
                                                       DOUGLAS P. WOODLOCK
                                                       UNITED STATES DISTRICT JUDGE